AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CANBY, WILLLIAM C. | 2. Court or Organization<br><br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>04/09/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| U.S. COURTHOUSE, SUITE 610<br>401 W. WASHINGTON, SUITE 610<br>MAIL SPACE 55<br>PHOENIX, AZ 85003 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY COMMITTEE MEMBER | ARIZONA STATE UNIVERSITY COLLEGE OF LAW; INDIAN LEGAL PROGRAM |
| 2. | MEMBER | ARIZONA STATE-TRIBAL-FEDERAL COURT FORUM |
| 3. | ADVISORY COMMITTEE MEMBER | AMERICAN LAW INSTITUTE; RESTATEMENT OF INDIAN LAW |
| 4. | MEMBER | AMERICAN LAW INSTITUTE |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/1/67 | ARIZONA STATEMENT RETIREMENT SYSTEM; RECEIVING RETIREMENT ANNUITY FROM PRIOR TEACHING (DEFINED CONTRIBUTION PLAN) |
| 2. | 7/1/67 | TEACHERES INSURANCE & ANNUITY ASS'N; RECEIVING RETIREMENT ANNUITY FROM PRIOR TEACHING (DEFINED CONTRIBUTION PLAN) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | ARIZONA STATE RETIREMENT SYSTEM | $45,735.60 |
| 2. | 2019 | TEACHERS INSURANCE & ANNUITY RETIREMENT PENSION | $4,547.64 |
| 3. | 2019 | WEST PUBLISHING CO. ROYALTIES | $7,354.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | SEPTEMBER 18-19, 2019 | NEW YORK, NY | MEETING OF ADVISORY COMMITTEE ON RESTATEMENT OF INDIAN LAW | TRANSPORTATION, MEALS, HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLLIAM C. | 04/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLLIAM C. | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   CASH ACCOUNTS (H) | | | | | | | | | |
| 2.   -USAA FEDERAL SAVINGS BANK CASH ACCOUNT #1 | A | Interest | K | T | | | | | |
| 3.   -USAA FEDERAL SAVINGS BANK CASH ACCOUNT #2 | A | Interest | K | T | | | | | |
| 4.   -USAA FEDERAL SAVINGS BANK CASH ACCOUNT #3 | A | Interest | N | T | Open | 01/18/19 | | | |
| 5.   RETIREMENT FUNDS (H) | | | | | | | | | |
| 6.   -ARIZONA STATE RETIREMENT FUND (DEFINED CONTRIBUTION PLAN) | E | Distribution | N | T | | | | | |
| 7.   -TEACHERS INS. & ANNUITY ASSN (DEFINED CONTRIBUTION FUND) | C | Distribution | K | T | | | | | |
| 8.   MUTUAL FUNDS (H) | | | | | | | | | |
| 9.   -USAA S&P 500 INDEX FUND | E | Dividend | O | T | | | | | |
| 10.   -T. ROWE PRICE MID-CAP GROWTH FUND | E | Dividend | O | T | | | | | |
| 11.   -T. ROWE PRICE MID-CAP VALUE FUND | D | Dividend | N | T | Redeemed (part) | 10/30/19 | N | C | |
| 12.   -VANGUARD 500 INDEX ADMIRAL FUND | B | Dividend | L | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOR PART VII -

(H) = DENOTES A HEADER ROW

| Name of Person Reporting | Date of Report |
|---|---|
| CANBY, WILLLIAM C. | 04/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WILLLIAM C. CANBY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544